**GOLENBOCK EISEMAN ASSOR BELL & PESKOE** LLP

Attorneys at Law | 711 Third Ave., New York, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | www.golenbock.com

*Courtney I. Howard*
*Direct Dial No.: 212-907-5683*
*Direct Fax No.: 212-754-0330*
*Email Address: choward@golenbock.com*

August 29, 2025

**VIA CM/ECF**

The Hon. J. Brendan Day
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Defendant's Request that September 10, 2025 Conference Be Conducted Telephonically.*
*Cloughly v. Boar's Head Provisions, Co., Inc., 3:25-cv-09875-GC-JBD*

Judge Day:

      Defendant in the above-referenced case respectfully requests that the Court allow the Scheduling Conference set for September 10, 2025 at 2:30 P.M. in Courtroom 7E (ECF Doc. 9) be conducted telephonically or remotely instead of in person. Plaintiff's counsel does not object to this request. Defendant is seeking this modification because lead counsel for this nationwide group of lawsuits, Alan Maxwell (PHV pending), of the firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, is located in Atlanta, GA. Similarly, lead counsel for Plaintiff, Bart Torvik and Brendan Flaherty, of the firm OFT Food Safety & Injury Lawyers, are located in Evanston, Il and Minneapolis, MN, respectively.

Respectfully,

*/s/ Courtney I. Howard*

Courtney I. Howard

5343960.1