UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL CLOUGHLY, | Civ. No. 25-9875 (GC)(JBD) |
| Plaintiff, | **PRETRIAL SCHEDULING ORDER** |
| v. | |
| BOAR'S HEAD PROVISIONS, CO., INC. | |
| Defendant. | |

This matter having come before the Court for an initial conference pursuant to Fed. R. Civ. P. 16; Scott Andrew Harford, Esq., Brendan Flaherty, Esq., appearing on behalf of plaintiff; Courtney Iverson Howard, Esq., Alan Maxwell, Esq., Matthew Daly, Esq., and Mark Hyman, Esq., appearing on behalf of defendant; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

IT IS on this **11th** day of **September**, 2025,

**ORDERED** that the parties shall serve initial written discovery requests no later than **October 1, 2025**; and it is further

**ORDERED** that any motion to amend the pleadings or join new parties must be with leave of Court and filed no later than **November 7, 2025**, and made returnable by **December 1, 2025**; and it is further

**ORDERED** that any dispute regarding written discovery shall be brought to the Court's attention no later than **February 4, 2026**, or else that application shall be deemed waived; and it is further

**ORDERED** that fact discovery shall remain open through **June 11, 2026.** No discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

**ORDERED** that the parties shall serve any affirmative expert reports no later than **July 13, 2026**; and it is further

**ORDERED** that the parties shall serve any rebuttal expert reports no later than **August 13, 2026**; and it is further

**ORDERED** that the parties shall serve any reply expert reports no later than **September 14, 2026**; and it is further

**ORDERED** that the parties shall complete all expert discovery by **November 16, 2026**; and it is further

**ORDERED** that dispositive motions may be filed at **a later date to be determined**.  Counsel shall notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that the Court will hold a telephone status conference before the undersigned on **December 11, 2025** at **3:00 p.m.**  No later than three (3) business days prior to the telephone status conference, the parties shall file a joint status letter via CM/ECF, not to exceed three (3) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court.  The Court will circulate dial-in information in advance of the conference to all parties; and it is further

**ORDERED** that counsel shall confer in good faith in an attempt to resolve any discovery or case management disputes before raising them with the Court.  Any such dispute shall be brought to the Court's attention pursuant to paragraph 5 of the Court's Civil Case Management Order, available at (https://www.njd.uscourts.gov/content/j-brendan-day).  **No discovery motion will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a settlement conference will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **a later determined date.  Counsel and parties with full authority to settle the case are to be present.**  Any failure in this regard shall result in the imposition of sanctions; and it is further

**ORDERED** that pursuant to paragraphs 9 and 11 of the Court's Civil Case Management Order, no later than no later than 5 business days in advance of such settlement conference, each party shall submit to Chambers via email at jbd_orders@njd.uscourts.gov a confidential letter, on an *ex parte* basis, not to exceed five pages in total, summarizing the relevant facts, the respective legal positions, the status of the case, and the party's position of settlement, including any settlement discussions that have taken place in anticipation of the settlement conference; and it is further

**ORDERED** that a date for the final pretrial conference will be set at a later date; and it is further

**ORDERED** that since all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with this Order or any subsequent order of the Court, may result in the imposition of sanctions.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE