UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL CLOUGHLY, <br><br> Plaintiff, <br><br> v. <br><br> BOAR'S HEAD PROVISIONS, CO., INC., <br><br> Defendant. | Civ. No. 25-9875 (GC)(JBD) <br><br> ORDER ADMITTING BRENDAN J. FLAHERTY, ESQ., BART B. TORVIK, ESQ., AND RYAN M. OSTERHOLM, ESQ. *PRO HAC VICE* |

THIS MATTER having been brought before the Court by Scott A. Harford, Esq., of Harford, P.C., counsel for plaintiff on notice to defendant, for an Order admitting Brendan J. Flaherty, Esq., Bart B. Torvik, Esq., and Ryan M. Osterholm, Esq., *pro hac vice* [Dkts. 16, 17, 18]; and the Court having considered all papers submitted in support of the application; and for good cause shown,

**IT IS** on this **28th** day of **October**, **2025**,

**ORDERED** that plaintiff's application be and it hereby is granted; and it is further

**ORDERED** that Brendan J. Flaherty, Esq., who is a member in good standing of the Bar of the State of Minnesota, Bart B. Torvik, Esq., who is a member in good standing of the Bar of the State of Illinois, and Ryan M. Osterholm, Esq., who is a member in good standing of the Bar of the State of Minnesota, each be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Brendan J. Flaherty, Esq., Bart B. Torvik, Esq., and Ryan M. Osterholm, Esq. shall each abide and be bound by the Rules of the United States District Court for the District of New Jersey, and all disciplinary rules, including but not limited to Rules 6 and 7 of the Rules of Attorney Disciplinary Enforcement of the United States Court of Appeals for the Third Circuit; and it is further

**ORDERED** that Brendan J. Flaherty, Esq., Bart B. Torvik, Esq., and Ryan M. Osterholm, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Brendan J. Flaherty, Esq., Bart B. Torvik, Esq., and Ryan M. Osterholm, Esq. shall each make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Brendan J. Flaherty, Esq., Bart B. Torvik, Esq., and Ryan M. Osterholm, Esq. shall each notify this Court immediately of any disciplinary charges brought against him in the bar of any other court; and it is further

**ORDERED** that a member of the bar of this Court shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE